# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

GEORGE BOWERS, ET AL

vs.                              NO. 3:08CV00086 SWW

PETRO STOPPING CENTERS LP, ET AL

### ORDER

On June 4, 2008, the Court entered an order transferring this action to the Jonesboro Division. Previously, a Final Scheduling Order was entered which set the jury trial in this matter for March 2, 2009, in Helena, Arkansas. The Court now has determined that the jury trial in this matter will remain scheduled for March 2, 2009, though such trial will be conducted in Jonesboro. All of the deadlines and schedules set forth in the Final Scheduling Order entered on April 15, 2008, shall remain in full force and effect.

IT IS SO ORDERED this 16TH day of June, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE