*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

GEORGE BOWERS, ET AL

vs.                                          NO. 3:08CV00086 SWW

PETRO STOPPING CENTERS LP, ET AL

### ORDER OF DISMISSAL

Pursuant to counsel for the parties in this action advising the Court that this matter has been settled and requesting that an order dismissing the case be entered,

IT IS THEREFORE ORDERED that all claims in this action hereby are dismissed with prejudice.

DATED this 21st of May 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE